UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL A. CLARK-EL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:21-cv-01379-SRC |
| | ) |
| MISSOURI DEPARTMENT | ) |
| OF CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

**Memorandum and Order**

This matter comes before the Court on a complaint filed by self-represented plaintiff Michael A. Clark-El pursuant to 42 U.S.C. § 1983. Clark-El has not paid the filing fee or filed a motion for leave to proceed in forma pauperis. Therefore, he will be ordered to either pay the full filing fee or file a motion for leave to proceed in forma pauperis within thirty days. If he elects to file a motion for leave to proceed in forma pauperis, he must also submit a copy of his inmate account statement for the prior six-month period so that an initial partial filing fee can be assessed. Failure to comply will result in the dismissal of this action without prejudice and without further notice.

Accordingly,

The Court directs Clerk of Court to send Clark-El a copy of the Court's motion for leave to proceed in forma pauperis form.

The Court orders that Clark-El shall either file a motion for leave to proceed in forma pauperis or pay the filing fee within thirty (30) days of the date of this order.

The Court further orders that if Clark-El fails to either file a motion for leave to proceed in forma pauperis or pay the filing fee within thirty (30) days of the date of this order, this action will be dismissed without prejudice and without further notice.

Dated this 7th day of February 2022.

*SL R. Cl*

STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE